✎ AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following    X Patents or    ☐ Trademarks:

| DOCKET NO.<br>CA 06-543 | DATE FILED<br>9/1/2006 | U.S. DISTRICT COURT<br>Delaware |
|---|---|---|
| PLAINTIFF<br>RONALD A. KATZ TECHNOLOGY LICENSING, L.P. | | DEFENDANT<br>RELIANT ENERGY INC., RELIANT ENERGY RETAIL SERVICES LLC, PEPCO HOLDINGS INC., PHI SERVICE CO., DELMARVA POWER & LIGHT CO., DUKE ENERGY CORP. CINERGY CORP. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,792,968 | 12/20/1988 | Ronald A. Katz |
| 2 | 4,930,150 | 5/29/1990 | Ronald A. Katz |
| 3 | 5,128,984 | 7/7/1992 | Ronald A. Katz |
| 4 | 5,251,252 | 10/5/1993 | Ronald A. Katz |
| 5 | 5,351,285 | 9/27/1994 | Ronald A. Katz    (Continued) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br><br>Peter T. Dalleo | (BY) DEPUTY CLERK | DATE<br>9-1-06 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

CA 06-543 (Continued)

| PATENT | DATE OF PATENT | HOLDER OF PATENT |
|--------|----------------|------------------|
| 5,684,863 | 11/4/1997 | Ronald A. Katz |
| 5,815,551 | 9/29/1998 | Ronald A. Katz |
| 5,828,734 | 10/27/1998 | Ronald A. Katz |
| 5,898,762 | 4/27/1999 | Ronald A. Katz |
| 5,917,893 | 6/29/1999 | Ronald A. Katz |
| 5,974,120 | 10/26/1999 | Ronald A. Katz |
| 6,148,065 | 11/14/2000 | Ronald A. Katz |
| 6,335,965 B1 | 1/1/2002 | Ronald A. Katz |
| 6,349,134 B1 | 2/19/2002 | Ronald A. Katz |
| 6,424,703 B1 | 7/23/2002 | Ronald A. Katz |
| 6,434,223 B2 | 8/13/2002 | Ronald A. Katz |
| 6,512,415 B1 | 1/28/2003 | Ronald A. Katz |
| 6,678,360 B1 | 1/13/2004 | Ronald A. Katz |
|  |  |  |