IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-543 ) |
| RELIANT ENERGY, INC.; RELIANT ENERGY RETAIL SERVICES, LLC; PEPCO HOLDINGS, INC.; PHI SERVICE COMPANY; DELMARVA POWER & LIGHT COMPANY; DUKE ENERGY CORPORATION; CINERGY CORP., | ) ) ) **DEMAND FOR JURY TRIAL** ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S
FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Ronald A. Katz Technology Licensing, L.P. states that it does not have a parent company and that no publicly held corporation owns more than 10% or more of its stock.

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Mary B. Graham* |
| Robert T. Haslam<br>Andrew C. Byrnes<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>650.324.7000 | Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>Benjamin J. Schladweiler (#4601)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302.658.9200 |
| Dale A. Rice<br>Michael K. Plimack<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA 94104<br>415.772.6000 | *Attorneys for Plaintiff<br>Ronald A. Katz Technology Licensing, L.P.* |

Dated: September 1, 2006
535511

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2006, true and correct copies of the foregoing were caused to be served upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| Reliant Energy, Inc. and<br>Reliant Energy Retail Services, LLC | c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE  19808 |
| Pepco Holdings, Inc.;<br>PHI Service Company; and<br>Delmarva Power & Light Company | c/o PHI Service Company<br>800 King Street<br>Wilmington, DE  19801 |
| Duke Energy Corporation; and<br>Cinergy Corp. | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 |

*/s/ Mary B. Graham*

Mary B. Graham  (#2256)