AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF  **DELAWARE**

SUMMONS IN A CIVIL ACTION

RONALD A. KATZ TECHNOLOGY
LICENSING, L.P.,

       Plaintiff,

       v.

RELIANT ENERGY, INC.; RELIANT
ENERGY RETAIL SERVICES, LLC; PEPCO
HOLDINGS, INC.; PHI SERVICE COMPANY;
DELMARVA POWER & LIGHT COMPANY;
DUKE ENERGY CORPORATION; CINERGY
CORP.,

       Defendants.

**CASE NUMBER:**  06 - 543

TO: RELIANT ENERGY, INC.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY:

Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street; P.O. Box 1347
Wilmington, DE  19899-1347
302-658-9200

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons
upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

PETER T. DALLEO

CLERK

                                                                 SEP 0 1 2006

DATE

BY DEPUTY CLERK
535216

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>September 5, 2006 |
| NAME OF SERVER (PRINT) | TITLE<br>Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify):  Service of the Summons and Complaint was made upon defendant Reliant Energy Inc. by delivering copies thereof to defendant's registered agent, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/5/06___       _____
          *Date*                *Signature of Server*

Blue Marble Logistics
800 King Street, Suite 102
Wilmington, DE 19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure