# United States District Court

DISTRICT OF **DELAWARE**

RONALD A. KATZ TECHNOLOGY ) 
LICENSING, L.P., )
  )
    Plaintiff, )
  )  **SUMMONS IN A CIVIL ACTION**
    v. )
  )  CASE NUMBER: 06 - 543
RELIANT ENERGY, INC.; RELIANT )
ENERGY RETAIL SERVICES, LLC; PEPCO )
HOLDINGS, INC.; PHI SERVICE COMPANY; )
DELMARVA POWER & LIGHT COMPANY; )
DUKE ENERGY CORPORATION; CINERGY )
CORP., )
  )
    Defendants. )

TO: Pepco Holdings, Inc.
c/o PHI Service Company
800 King Street
Wilmington, DE 19801

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street; P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            SEP 0 1 2006

_____     _____
CLERK                                                      DATE

*(signature)*
BY DEPUTY CLERK
535008

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: September 5, 2006 |
| NAME OF SERVER (PRINT): John Ryan Plocharz | TITLE: Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of the Summons and Complaint was made upon defendant Pepco Holdings, Inc. by delivering copies thereof to defendant's registered agent, PHI Service Company, 800 King Street, Wilmington, DE 19801.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/5/2006
*Date*

*Signature of Server:* John Ryan Plocharz

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE 19801
*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure