# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Mary B. Graham**
302.351.9199
mgraham@mnat.com

September 20, 2006

**VIA E-FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

      Re:   *Ronald Katz Technology Licensing, L.P. v. Reliant Energy, et al.*
              Civil Action No. 06-543 (GMS)

Dear Judge Sleet:

      Ronald A. Katz Technology Licensing, L.P. ("RAKTL") on September 1, 2006 filed five patent infringement actions in this district against various defendants on various patents. The first four were filed by this firm, captioned as follows (a shorthand for the actions is in parentheses): (1) RAKTL v. Reliant Energy, et al., C.A. No. 06-543 (Energy); (2) RAKTL v. TD Banknorth, et al., C.A. No. 06-544 (Financial); (3) RAKTL v. Ahold U.S.A., et al., C.A. No. 06-545 (Prescription); and (4) RAKTL v. Time Warner Cable, et al., C.A. No. 06-546 (Telecom). The fifth action involving the same set of patents was filed by the Bouchard firm and is captioned, RAKTL v. American International Group, et al.; C.A. No. 06-547.

      Given the burden that these cases may impose on the Court, we wanted to advise of the paperwork that will be coming to the Court in the next few days now that the answers are shortly coming due. Many defendants have requested extensions in order to have additional time to evaluate fully the allegations of the RAKTL Complaints. RAKTL is agreeing, subject to the approval of the Court, to stipulate to an extension of approximately thirty days to October 26, 2006 for all defendants requesting an extension who agree not to raise as a defense insufficient process or service of process. We also have informed the defendants that RAKTL wishes to move this case forward and therefore does not expect to stipulate to any further extensions of time to respond to the Complaints. The parties will be filing stipulations to extend the time to respond to the Complaints in the next few days. In addition, it appears that some defendants who wish this same agreed-upon extension may not be able to obtain local counsel in time to sign a

The Honorable Gregory M. Sleet
September 20, 2006
Page 2

stipulation, and, in that event, we have agreed to submit to the Court, for its approval, our stipulation to the same extension for them.

Respectfully,

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

MBG/dam
Enclosure
cc:   Clerk of the Court (via e-filing and hand delivery)
   Steven J. Balick (via e-mail)
   Joanne Ceballos (via e-mail)
   Frederick L. Cottrell, III (via e-mail)
   David Allan Felice (via e-mail)
   Collins J. Seitz, Jr. (via e-mail)
   William J. Wade (via e-mail)
   Dale A. Rice (via e-mail)
   John M. Seaman (via e-mail)
537998