IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 06-543 (GMS) |
| RELIANT ENERGY, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION TO EXTEND TIME

WHEREAS each of the defendants signing this stipulation has requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS each of the defendants signing this stipulation stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and defendants Reliant Energy, Inc., Reliant Energy Retail Services, LLC, Pepco Holdings, Inc., PHI Service Company, Delmarva Power & Light Company, Duke Energy Corporation, and Cinergy Corp., subject to the approval of the Court, that each of these defendants may have until October 26, 2006 to answer, move or otherwise plead in response to the Complaint.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BIFFERATO GENTILOTTI BIDEN & BALICK, P.A. |
| /s/ Julia Heaney<br>Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>Benjamin J. Schladweiler (#4601)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302.658.9200 | /s/ Joanne Ceballos<br>Joanne Ceballos (#2854)<br>711 King Street<br>Wilmington, DE 19801-3503<br>302.658.4265 |
| *Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing, L.P.* | *Attorneys for Reliant Energy, Inc., Reliant Energy Retail Services, LLC, Pepco Holdings, Inc., PHI Service Company, Delmarva Power & Light Company, Duke Energy Corporation and Cinergy Corp.* |

Dated: September 25, 2006
537804

SO ORDERED this ___ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE