IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 06-543 (GMS) |
| RELIANT ENERGY, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jeffrey S. Standley, James L. Kwak, and F. Michael Speed, Jr., and Michael Stonebrook of Standley Law Group LLP to represent Defendants Pepco Holdings, Inc., PHI Service Company, and Delmarva Power & Light Company in this matter.

In accordance with the Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon filing of this motion.

BIFFERATO GENTILOTTI BIDEN & BALICK, LLC

/s/ Joanne Ceballos
Joanne Ceballos (#2854)
711 King Street
Wilmington, DE 19801-3503
302.429.1900
*Attorneys for Pepco Holdings, Inc., PHI Service Company, and Delmarva Power & Light Company.*

Dated: October 19, 2006

IT IS HEREBY ORDERED this _____ day of _____, 2006 that counsel's motion for admission pro hac vice is GRANTED.

_____
Hon. Gregory M. Sleet

-2-

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Jeffrey S. Standley, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 10/4/06

Signed: _____
Jeffrey S. Standley
Ohio Bar # 0047248
Standley Law Group LLP
495 Metro Place South, Suite 210
Dublin, Ohio 43017-5319
614.792.5555
614.792.5536 (fax)
jstandley@standleyllp.com

-3-

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, James L. Kwak, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: October 4, 2006

Signed: *(signature)*
James L. Kwak
Ohio Bar # 0066485
Standley Law Group LLP
495 Metro Place South, Suite 210
Dublin, Ohio 43017-5319
614.792.5555
614.792.5536 (fax)
jkwak@standleyllp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, F. Michael Speed, Jr., certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 10/11/2006

Signed: _____
F. Michael Speed, Jr.
Ohio Bar # 0067541
Standley Law Group LLP
495 Metro Place South, Suite 210
Dublin, Ohio 43017-5319
614.792.5555
614.792.5536 (fax)
mspeed@standleyllp.com

-5-

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Michael Stonebrook, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: Oct. 4, 2006

Signed: /s/ Michael Stonebrook
Michael Stonebrook
Ohio Bar # 0075363
Standley Law Group LLP
495 Metro Place South, Suite 210
Dublin, Ohio 43017-5319
614.792.5555
614.792.5536 (fax)
mstonebrook@standleyllp.com

## CERTIFICATE OF SERVICE

I, Joanne Ceballos, hereby certify that on the 19th day of October 2006, the foregoing Motion for Admission *Pro Hac Vice* was filed with the Clerk of Court and served electronically via CM/ECF upon the following:

>Mary B. Graham, Esquire
>Julia Heaney, Esquire
>Benjamin J. Schladweiler
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>mbgefiling@mnat.com
>jheaney@mnat.com
>bschladweiler@mnat.com
>
>Andrew C. Byrnes, Esquire
>Dale A. Rice, Esquire
>Michael K. Plimack, Esquire
>Robert T. Haslam, Esquire
>HELLER EHRMAN LLP
>333 Bush Street
>San Francisco, CA 94104
>andrew.byrnes@hellerehrman.com
>dale.rice@hellerehrman.com
>michael.plimack@hellerehrman.com
>robert.haslam@hellerehrman.com

/s/ Joanne Ceballos
Joanne Ceballos