IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>RELIANT ENERGY, INC., et al.,<br><br>    Defendants. | C.A. No. 06-543 (GMS) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Mitchell D. Lukin, Scott F. Partridge, Amanda Woodall Mayor and Larissa A. Piccardo of Baker Botts LLP to represent Defendants Reliant Energy, Inc. and Reliant Energy Retail Services, LLC in this matter.

In accordance with the Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon filing of this motion.

BIFFERATO GENTILOTTI BIDEN & BALICK, LLC

/s/ Joanne Ceballos
Joanne Ceballos (#2854)
711 King Street
Wilmington, DE 19801-3503
302.429.1900
*Attorneys for Reliant Energy, Inc., and Reliant Energy Retail Services, LLC.*

Dated: October 24, 2006

IT IS HEREBY ORDERED this _____ day of _____, 2006 that counsel's motion for admission pro hac vice is GRANTED.

_____
Hon. Gregory M. Sleet

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Mitchell D. Lukin, certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bar of Texas and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                                Mitchell D. Lukin, Esquire
                                                BAKER BOTTS LLP
                                                One Shell Plaza
                                                910 Louisiana Street
                                                Houston, Texas 77002-4995
                                                (713) 229-1234

Dated: October 19, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Scott F. Partridge, certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bar of Texas and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Scott F. Partridge, Esquire
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1234

Dated: October 19, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Amanda Woodall Mayor, certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bar of Texas and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                        /s/ Amanda Woodall Mayor
                                  Amanda Woodall Mayor, Esquire
                                  BAKER BOTTS LLP
                                  One Shell Plaza
                                  910 Louisiana Street
                                  Houston, Texas 77002-4995
                                  (713) 229-1234

Dated: October 20, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Larissa A. Piccardo, certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bar of Texas and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*Larissa A. Piccardo*
Larissa A. Piccardo, Esquire
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1234

Dated: October 19, 2006

## CERTIFICATE OF SERVICE

I, Joanne Ceballos, hereby certify that on the 24th day of October 2006, the foregoing Motion for Admission *Pro Hac Vice* was filed with the Clerk of Court and served electronically via CM/ECF upon the following:

>Mary B. Graham, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>mbgefiling@mnat.com

>Andrew C. Byrnes, Esquire
>Dale A. Rice, Esquire
>Michael K. Plimack, Esquire
>Robert T. Haslam, Esquire
>HELLER ERHMAN LLP
>333 Bush Street
>San Francisco, CA 94104
>andrew.byrnes@hellerehrman.com
>dale.rice@hellerehrman.com
>michael.plimack@hellerehrman.com
>robert.haslam@hellerehrman.com

/s/ Joanne Ceballos
Joanne Ceballos