IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff <br><br> v. <br><br> RELIANT ENERGY, INC.; RELIANT ENERGY RETAIL SERVICES, LLC; PEPCO HOLDINGS, INC.; PHI SERVICE COMPANY; DUKE ENERGY CORPORATION; CINERGY CORP., <br><br> Defendants | Civil Action No. 1:06-CV-00543-GMS <br><br> **DEMAND FOR JURY TRIAL** |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS RELIANT ENERGY, INC., AND RELIANT ENERGY RETAIL SERVICES, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Reliant Energy, Inc. states that it is a publicly held corporation, that it does not have a parent company, and that no publicly held corporation owns 10% or more of its stock.

Defendant Reliant Energy Retail Services, LLC, is owned by Reliant Energy Retail Holdings, LLC, which is, in turn, owned by Reliant Energy, Inc.

BIFFERATO GENTILOTTI BIDEN & BALICK, LLC

Joanne Ceballos (#2854)
711 King Street
Wilmington, DE 19801-3503
302.429.1900
jceballos@bgbblaw.com

        Mitchell D. Lukin
        Scott F. Partridge
        Amanda Woodall Mayor
        Larissa A. Piccardo
        BAKER BOTTS LLP
        One Shell Plaza
        910 Louisiana Street
        Houston, Texas 77002-4995
        713.229.1234

        *Attorneys for Reliant Energy, Inc., and Reliant Energy Retail Services, LLC*

Dated: October 26, 2006

## CERTIFICATE OF SERVICE

I, Joanne Ceballos, hereby certify that on the 26th day of October 2006, the foregoing Corporate Disclosure Statement was filed electronically with the Clerk of Court and served as follows:

### VIA CM/ECF ELECTRONIC FILING

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mbgefiling@mnat.com

Dale A. Rice, Esquire
Michael K. Plimack, Esquire
HELLER ERHMAN LLP
333 Bush Street
San Francisco, CA 94104
dale.rice@hellerehrman.com
michael.plimack@hellerehrman.com

Andrew C. Byrnes, Esquire
Robert T. Haslam, Esquire
HELLER ERHMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
andrew.byrnes@hellerehrman.com
robert.haslam@hellerehrman.com

### VIA E-MAIL

Richard M. McDermott, Esquire
Patrick J. Flinn, Esquire
Dwayne C. Norton, Esquire
Alston & Bird LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Houston, Texas 77002-4995
rick.mcdermott@alston.com
patrick.flinn@alston.com
dwayne.norton@alston.com

Jeffrey S. Standley, Esquire
James L. Kwak, Esquire
F. Michael Speed, Jr., Esquire
Michael Stonebrook, Esquire
Standley Law Group LLP
495 Metro Place South, Suite 210
Dublin, OH 43017-5319
litigation@standleyllp.com

/s/ Joanne Ceballos
Joanne Ceballos