IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RELIANT ENERGY, INC.; RELIANT ENERGY RETAIL SERVICES, LLC; PEPCO HOLDINGS, INC.; PHI SERVICE COMPANY; DELMARVA POWER & LIGHT COMPANY; DUKE ENERGY CORPORATION; CINERGY CORP.,<br><br>　　　　　Defendants. | CASE NO.: 1:06-CV-00543 (GMS)<br><br>DEMAND FOR JURY TRIAL |

**DEFENDANT DELMARVA POWER & LIGHT COMPANY'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Delmarva Power & Light Company states that it is a wholly-owned subsidiary of Pepco Holdings, Inc., a publicly traded company.

Respectfully submitted,

_____
Joanne Ceballos (#2854)
BIFFERATO GENTILOTTI BIDEN & BALICK
711 King Street
Wilmington, DE 19801
Phone: (302) 429-1900
Fax: (302) 658-1682
jceballos@bgbblaw.com

                                          Jeffrey S. Standley, Ohio Bar No. 0047248
James L. Kwak, Ohio Bar No. 0066485
F. Michael Speed, Jr., Ohio Bar No. 0067541
STANDLEY LAW GROUP LLP
495 Metro Place South, Suite 210
Dublin, Ohio 43017
Tel: (614) 792-5555
Fax: (615) 792-5536
jstandley@standleyllp.com
jkwak@standleyllp.com
mspeed@standleyllp.com

Dated: October 26, 2006           COUNSEL FOR DEFENDANTS PEPCO HOLDINGS, INC., PHI SERVICE COMPANY, and DELMARVA POWER & LIGHT COMPANY

## CERTIFICATE OF SERVICE

I, Joanne Ceballos, hereby certify that on the 26th day of October 2006, the foregoing Corporate Disclosure Statement was filed electronically with the Clerk of Court and served as follows:

### VIA CM/ECF ELECTRONIC FILING

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mbgefiling@mnat.com

Andrew C. Byrnes, Esquire
Robert T. Haslam, Esquire
HELLER ERHMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
andrew.byrnes@hellerehrman.com
robert.haslam@hellerehrman.com

Dale A. Rice, Esquire
Michael K. Plimack, Esquire
HELLER ERHMAN LLP
333 Bush Street
San Francisco, CA 94104
dale.rice@hellerehrman.com
michael.plimack@hellerehrman.com

### VIA E-MAIL

Richard M. McDermott, Esquire
Patrick J. Flinn, Esquire
Dwayne C. Norton, Esquire
Alston & Bird LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
rick.mcdermott@alston.com
patrick.flinn@alston.com
dwayne.norton@alston.com

Mitchell D. Lukin, Esquire
Amanda W. Mayor, Esquire
Scott F. Partridge, Esquire
Larissa Piccardo, Esquire
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
mitch.lukin@bakerbotts.com
amanda.mayor@bakerbotts.com
scott.partridge@bakerbotts.com
larissa.piccardo@bakerbotts.com

/s/ Joanne Ceballos
Joanne Ceballos