IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> RELIANT ENERGY, INC., RELIANT ENERGY RETAIL SERVICES, LLC; PEPCO HOLDINGS, INC.; PHI SERVICE COMPANY; DELMARVA POWER & LIGHT COMPANY; DUKE ENERGY CORPORATION; CINERGY CORP., <br><br> Defendants. | C.A. No. 1:06-cv-00543-GMS <br><br> **JURY TRIAL DEMANDED** |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS DUKE ENERGY CORPORATION AND CINERGY CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Duke Energy Corporation states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Defendant Cinergy Corporation states that it is a wholly owned subsidiary of Duke Energy Corporation.

BIFFERATO GENTILOTTI BIDEN & BALICK, LLC

_/s/ Joanne Ceballos_
Joanne Ceballos (#2854)
711 King Street
Wilmington, DE 19801-3503
302.429.1900
jceballos@bgbblaw.com

Richard M. McDermott
Patrick J. Flinn
Dwayne C. Norton
ALSTON & BIRD LLP
Bank of America Plaza
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280
704.444.1000
rick.mcdermott@alston.com
patrick.flinn@alston.com
dwayne.norton@alston.com

*Attorneys for Defendants
Duke Energy Corporation
and Cinergy Corporation*

Dated: October 26, 2006

## CERTIFICATE OF SERVICE

I, Joanne Ceballos, hereby certify that on the 26th day of October 2006, the foregoing Corporate Disclosure Statement was filed electronically with the Clerk of Court and served as follows:

### VIA CM/ECF ELECTRONIC FILING

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mbgefiling@mnat.com

Dale A. Rice, Esquire
Michael K. Plimack, Esquire
HELLER ERHMAN LLP
333 Bush Street
San Francisco, CA 94104
dale.rice@hellerehrman.com
michael.plimack@hellerehrman.com

Andrew C. Byrnes, Esquire
Robert T. Haslam, Esquire
HELLER ERHMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
andrew.byrnes@hellerehrman.com
robert.haslam@hellerehrman.com

### VIA E-MAIL

Jeffrey S. Standley, Esquire
James L. Kwak, Esquire
F. Michael Speed, Jr., Esquire
Michael Stonebrook, Esquire
Standley Law Group LLP
495 Metro Place South, Suite 210
Dublin, OH 43017-5319
litigation@standleyllp.com

Mitchell D. Lukin, Esquire
Amanda W. Mayor, Esquire
Scott F. Partridge, Esquire
Larissa Piccardo, Esquire
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
mitch.lukin@bakerbotts.com
amanda.mayor@bakerbotts.com
scott.partridge@bakerbotts.com
larissa.piccardo@bakerbotts.com

/s/ Joanne Ceballos
Joanne Ceballos