IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RELIANT ENERGY, INC., et al., )<br>)<br>Defendants. )<br>) | C.A. No. 06-543 (GMS) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard M. McDermott of Alston & Bird LLP to represent Defendants Duke Energy Corporation and Cinergy Corporation in this matter.

In accordance with the Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon filing of this motion.

BIFFERATO GENTILOTTI BIDEN & BALICK, LLC

_____
Joanne Ceballos (#2854)
711 King Street
Wilmington, DE 19801-3503
302.429.1900
*Attorneys for Duke Energy Corporation and Cinergy Corporation*

Dated: November 28, 2006

IT IS HEREBY ORDERED this _____ day of _____, 2006 that counsel's motion for admission pro hac vice is GRANTED.

_____
Hon. Gregory M. Sleet

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Richard M. McDermott, certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bar of North Carolina and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Richard M. McDermott
Richard M. McDermott
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1045

Dated: November 27, 2006