IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>RELIANT ENERGY, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-543 (GMS)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

SUBJECT TO THE APPROVAL OF THE COURT, in view of the intervening holiday period, plaintiff and defendants Reliant Energy, Inc., Reliant Energy Retail Services, LLC, Pepco Holdings, Inc., PHI Service Company, Delmarva Power & Light Company, Duke Energy Corporation and Cinergy Corporation, have agreed that plaintiff may have approximately two additional weeks to file its Answering Brief in Opposition to Defendants' Motion to Stay Pending Reexamination (D.I. 36) so that it will be due by January 17, 2007, and that defendants may have a corresponding extension of two weeks to file their Reply Brief, so that it will be due by February 7, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BIFFERATO GENTILOTTI BIDEN & BALICK |
|---|---|
| */s/ Julia Heaney (#3052)* | */s/ Joanne Ceballos (#2854)* |
| Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>Benjamin J. Schladweiler (#4601)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br><br>Attorneys for Plaintiff<br>Ronald A. Katz Technology Licensing, L.P. | Joanne Ceballos (#2854)<br>711 North King Street<br>Wilmington, DE 19801-3503<br>(302) 429-1900<br><br>Attorneys for Defendants Reliant Energy, Inc., Reliant Energy Retail Services, LLC, Pepco Holdings, Inc., PHI Service Company, Delmarva Power & Light Company, Duke Energy Corporation and Cinergy Corporation |

SO ORDERED this ____ day of December, 2006.

549666

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following Joanne Ceballos.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 22, 2006 upon the following individuals in the manner indicated:

**BY EMAIL**

Joanne Ceballos
Bifferato, Gentilotti, Biden & Balick, P.A.
jceballos@bgbblaw.com

Jeffery S. Standley
Standley Law Group LLC
jstandley@standleyllp.com

Mitchell D. Lukin
Baker Botts LLP
Mitch.lukin@bakerbotts.com

Richard M. McDermott
Alston & Bird LLP
Rick.mcdermott@alston.com

/s/ *Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com