# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Mary B. Graham
302.351.9199
mgraham@mnat.com

February 7, 2007

**BY E-FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

      Re:    *Ronald A. Katz Tech. Licensing Inc. v. Reliant Energy Inc. et al*
             Civil Action No. 06-543 (GMS)

Dear Judge Sleet:

      Briefing has now been completed in connection with defendants' Motion To Stay Action Pending the U.S. Patent and Trademark Office's Reexamination of Plaintiff's Patents (D.I. 36). Plaintiff RAKTL hereby requests oral argument in connection with this motion.

                          Respectfully,

                          */s/ Mary B. Graham*

                          Mary B. Graham (#2256)

MBG/dam
cc:    Clerk of the Court (by e-filing and hand delivery)
733382